Case 4:23-cv-00303   Document 28   Filed on 03/29/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AEGIS SECURITY INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. H-23-303 |
| CYNTHIA MICHELL YELL, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the Memorandum and Order separately signed this day, it is

ORDERED, ADJUDGED, and DECLARED as follows:

Plaintiff Aegis Security Insurance Company's contractual liability under Texas Homeowner's Policy No. KOP60028891/R02, insuring the residence of Defendant Cynthia Michell Yell, for the losses sustained by Defendant Yell to her insured property in February 2021, reported under Aegis Claim No. 832099, was satisfied and fully discharged by Aegis's payment to Ms. Yell of $5,000.00.

All other and further relief, if any, sought by any party, is hereby DENIED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 29th day of March, 2024.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE